An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM CARL PETERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66184

**FILED**

SEP 09 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on April 1, 2014, the appeal is untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of the judgment of conviction). Further, it does not appear that the district court has entered any other appealable order. We therefore lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."), and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-29714

cc: Hon. Abbi Silver, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
William Peterson